Order issued January 28, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01608-CV

**MIKE JABARY, Appellant**

**V.**

**CITY OF ALLEN, ET AL., Appellees**

## ORDER

We **DENY** appellee's December 31, 2012 motion to require appellant to pay appeal fees and costs. *See* TEX. R. APP. P. 20.1(j).

CAROLYN WRIGHT
CHIEF JUSTICE